UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY W. ALEXANDER,<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE BANK NA, *et al.*,<br><br>    Defendants. | NO. C16-62RSL<br><br>ORDER GRANTING FED. R. CIV. P. 12(B)(6) MOTION TO DISMISS OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. |

    This matter comes before the Court on the "Fed. R. Civ. P. 12(b)(6) Motion to Dismiss of Defendant Northwest Trustee Services, Inc." Dkt. # 12. Having reviewed the memorandum filed in support of the motion and the remainder of the record, the Court finds as follows.

    On February 10, 2016, defendant Northwest Trustee Services, Inc. (NWTS) filed a motion to dismiss all of Gary Alexander's claims against it under Federal Rule of Civil Procedure 12(b)(6). Dkt. # 12. Alexander did not oppose the motion.

    Although Alexander is proceeding pro se, he must follow the same rules of procedure as other litigants. King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), overruled on other grounds, Lacey v. Maricopa Cty., 693 F.3d 896 (9th Cir. 2012). When "a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion had merit." Local Civil Rule 7(b)(2). After review of NWTS's motion and the remainder of the record, the Court finds no reason not to apply this rule.

    Therefore, NWTS's motion to dismiss (Dkt. # 12) is GRANTED, and plaintiff's claims

ORDER GRANTING
NWTS'S MOTION TO DISMISS - 1

1  against NWTS are DISMISSED with prejudice.

3  DATED this 26th day of April, 2016.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING
NWTS'S MOTION TO DISMISS - 2